

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2019

No. 04-19-00118-CR

Steven **ROBLES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR4962-W1
Honorable Jennifer Peña, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION. Appellant's motion to obtain records and motion for a stay in abeyance are DENIED.

It is so **ORDERED** on April 17, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand, and affixed the seal of the said court on this 17th day of April, 2019.

_____
Keith E. Hottle, Clerk of Court